IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OBA JACKSON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | **No. 11-6604** |
| **CITY OF PHILADELPHIA** | : | |
| | : | |

### ORDER

AND NOW, this 20th day of August, 2014, upon consideration of plaintiff's Motion for Judgment as a Matter of Law and Alternative Motion for a New Trial (paper no. 64) and plaintiff's brief in support (paper no. 68), and defendant's Response in Opposition (paper no. 70), and after a hearing on July 15, 2013 at which the parties were heard, for the reasons in the attached memorandum, it is **ORDERED** that Plaintiff's Renewed Motion for Judgment as a Matter of Law and Alternative Motion for a New Trial (paper no. 64) is **DENIED**.

/s/ Norma L. Shapiro

J.